IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TAYLOR COLLINS f/k/a
LESTRISE THOMAS,
An Individual,

        Plaintiff,

vs.

SKY CHEFS , INC., a Foreign Profit
Corporation, WONOLO INC., a
Foreign Profit Corporation,

        Defendants.
_____/

CASE NO.: 8:24-cv-00561

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff TAYLOR COLLINS f/k/a LESTRISE THOMAS, Defendants SKY CHEFS, INC., a Foreign Profit Corporation, and WONOLO INC., a Foreign Profit Corporation, by and through their respective undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree to dismiss with prejudice all claims asserted or which could have been asserted in this action against Defendants, with each party to bear its own costs and attorneys' fees in connection with this litigation.

Respectfully submitted this 13th day of May, 2024.

/s/ *Deron T. Roberson*
**DERON T. ROBERSON**
Florida Bar Number 1011941
d.roberson@robersonemploymentlaw.com
**AARON C. ROBERSON**
Florida Bar Number 1018139
ROBERSON & ROBERSON P.A.
A.Roberson@robersonemploymentlaw.com
Info@robersonemploymentlaw.com
16057 Tampa Palms Blvd W. #231
Tampa, Florida 33602

/s/ *Aaron Reed*
**AARON REED**
Florida Bar No. 0557153
areed@littler.com
LITTLER MENDELSON, P.C.
Wells Fargo Center
333 S.E. 2nd Avenue, Suite 2700
Miami, Florida 33131
Tel: (305) 400-7500
*Attorneys for Defendant Wonolo Inc.,*

/s/ *Stephanie C. Generotti*
**SARAH J. KUEHNEL**
Florida Bar No.124765
Sarah.kuehnel@ogletree.com
**STEPHANIE C. GENEROTTI**
Florida Bar No. 112924
stephanie.generotti@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
100 North Tampa Street, Suite 3600
Tampa, Florida 33602
Telephone: (813) 289-1247
Facsimile: (813) 289-6530
Secondary Emails:
melissa.salazar@ogletree.com
susan.urso@ogletree.com
tamdocketing@ogletree.com
*Attorneys for Defendant Sky Chefs, Inc.*

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 13th day of May 2024, a true and correct copy of the foregoing was electronically filed with the CM/ECF E-filing Portal, which will send a notice of electronic filling to all counsel of record.

                                    */s/ Deron T. Roberson*
                                    Attorney